UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

In re:                                              :        CASE NO.: 18-17531-RAM
                                                    :
LUIS A. MORALES,                                    :        CHAPTER 7
                                                    :
    Debtor.                                         :
_____/

## SUMMARY OF FINAL FEE APPLICATION OF COUNSEL FOR THE CHAPTER 7 TRUSTEE

Name of applicant: **Robert A Angueira, P.A.**

Role of applicant: Counsel to Trustee Robert A. Angueira

Name of certifying professional: Yanay Galban

Date case filed: June 22, 2018

Date of application for employment: August 8, 2018

Date of Order approving employment Nunc Pro Tunc to August 8, 2018; 08/10/18

Date of This Application: November 27, 2019

Dates of services covered: August 8, 2018 through November 27, 2019

**Fees**

Total fees requested for this period                                         $2,587.00

**Expenses**

Total expense reimbursement requested for this period                        $147.89

**Total fee and expense award requested:**                                   **$2,734.89**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI, DIVISION

In re:                                        :        CASE NO.: 18-17531-RAM
                                              :
LUIS A. MORALES,                              :        CHAPTER 7
                                              :
        Debtor.                               :
_____/

### FINAL FEE APPLICATION FOR COMPENSATION AND FOR ALLOWANCE OF EXPENSES OF COUNSEL FOR THE TRUSTEE

Yanay Galban, attorney for the Chapter 7 Trustee, Robert A. Angueira, applies for final compensation for fees for services rendered and costs incurred in this Chapter 7 proceeding. This application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines are:

Exhibit "1" – Summary of Professional and Paraprofessional Time

Exhibit "2" – Summary of Requested Reimbursement of Expenses

Exhibit "3" – The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

### BACKGROUND

On August 10, 2018, this Court granted the Trustee's Application for Employment of Attorney *nunc pro tunc*, August 8, 2018 (C.P. #20). The majority of work in this case was performed by Yanay Galban. Enclosed as Exhibit "3", is a copy of all the time entries in this case that detail all the work that was done. From August 8, 2018, through November 27, 2019, Yanay Galban incurred **$2,587.00** in fees and **$147.89** in costs.

2

The applicant believes that the requested fees and costs which total **$2,734.89** are reasonable considering the twelve factors enumerated in <u>Johnson v. Georgia Highway Express, Inc.</u>, 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by <u>In re First Colonial Corp.</u>, 544 F.2d 1291 (5th Cir. 1977) as follows:

### SUMMARY OF SERVICES PERFORMED

The following is a Summary of Services Performed on behalf of the Trustee in connection with this case:

**Fee/Employment Application**

Preparation, review and filing of retention pleadings. Preparation and review of this fee application.

**Case Administration, Asset Analysis and Litigation**

Robert A Angueira, P.A. has represented Trustee Angueira in other bankruptcy cases, and many routine case administration procedures required by Trustee Angueira have been handled directly by Trustee Angueira's office.

The Trustee initially hired an attorney in this case to investigate the estate's interest in the personal property listed by the debtors on Schedule B. The undersigned reviewed the Petition, Schedules, Statement of Financial Affairs as well as the documents provided by the debtors to the Trustee. The undersigned determined that a Rule 2004 Examination was appropriate under the facts of the case.

On Schedule B, Item #17, the Debtor listed a Bank of America Checking Account #-6179 with a scheduled value of $100.00 (the "Checking Account"). Upon a review of the petition-date statement for the Checking Account, the Trustee verified that the actual petition-date balance in this account was $2,635.50. On Schedule A/B, Item #6, the Debtor listed Household Goods and Furnishings with an aggregate value of approximately $500 (the

3

"Household Goods"), and the Trustee believed these assets were under-valued by approximately $8,000.00. The Checking Account and the Household Goods shall be collectively referred to as the "Property." The Debtor claimed a portion of the Property as exempt. Based on the testimony during the §341 Meeting of Creditors, the testimony during the Rule 2004 Examination, a review of the documents provided to the Trustee and other relevant information, the Trustee asserted that a portion of the Property was undervalued and in excess of the allowed exemptions. The Debtor denied and/or disputed some of the allegations noted above.

The undersigned negotiated a settlement that brought $10,200.00 into the estate without any further litigation. Based on the facts and circumstances in this case, the undersigned believes that the fees and costs requested are reasonable and should be paid in full as requested.

**TIME AND LABOR REQUIRED**:

The time extended by the applicant for legal services furnished the Chapter 7 Trustee as appears on Exhibit "1" does not reflect and cannot reflect all of the time actually expended by the applicant. Many telephone calls, routine correspondence, requests by creditors regarding the status of the Chapter 7 case and their individual claims cannot be reduced to time recordation and would increase the amount of time expended by the applicant in this case.

**THE NOVELTY AND DIFFICULTY OF THE SERVICES RENDERED**:

This Chapter 7 proceeding presented several matters that required the services and skill of an experienced bankruptcy attorney.

**THE PRECLUSION OF OTHER EMPLOYMENT BY THE PROFESSIONAL DUE TO THE ACCEPTANCE OF THE CASE**:

The applicant devoted substantial time in the representation of the Chapter 7 Trustee as more fully appears on Exhibit "3." The applicant is aware of no other specific employment which was precluded as a result of its accepting this case, but had the applicant not

4

accepted this employment, the time spent in the case would have been spent on other matters which would pay an hourly compensation on a current basis.

### THE CUSTOMARY FEE:

The hourly rate (effective 11/01/2018) charged by Yanay Galban is $290.00 per hour, and $175.00 per hour for paralegals, which is customary for attorneys in the Southern District of Florida of similar skill and experience.

The hourly rate charged for professionals in this bankruptcy are as follows:

| Yanay Galban (YG) | Associate | $290.00 |
| Richard Auais (RA) | Paralegal | $175.00 |

### TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES:

The services performed by the applicant were performed under time constraints imposed by the Chapter 7 Trustee. Therefore, considerable time had to be expended within short periods of time to produce pleadings, responses to other pleadings, and settlement documents, predicated upon the Chapter 7 Trustee's proposed actions to resolve the issues in this bankruptcy estate.

### THE EXPERIENCE, REPUTATION, AND ABILITY OF APPLICANT:

Robert A Angueira has substantial bankruptcy experience and has appeared numerous times before this Court on other matters and his reputation and abilities are well known to this Court. Robert A Angueira was the Assistant U.S. Trustee for the Southern District of Florida from November 1993 through December 2002. The applicant has been a member of the Florida and New York Bar since 1989. Prior to being appointed the Assistant U.S. Trustee for the Southern District of Florida, the applicant worked for almost four years in the Department

of Justice Tax Division representing the Internal Revenue Service in bankruptcy matters. Prior to joining the Department of Justice, the applicant was a Senior Manager at the Ernst & Young International Tax Department in New York working as a Certified Public Accountant.

Yanay Galban received her Bachelors of Business Administration, Finance and Management from Florida International University in 2008, and received her Juris Doctorate Degree in 2013 from the Saint Thomas University School of Law in Miami, Florida. Ms. Galban has been admitted to the Florida Bar since September of 2013 and has been admitted to practice before this Court since February of 2014. In August of 2015, Ms. Galban joined the law firm of Robert A. Angueira, P.A., and since that time has been working as an associate bankruptcy attorney representing both Trustee and Debtors.

Richard Auais has worked in the law firm of Robert A. Angueira, P.A., as a bankruptcy paralegal since July, 2012. Mr. Auais received his Bachelors in Political Science and Masters in Business Administration from Florida International University and is experience in all facets of Trustee representation.

**UNDESIRABILITY OF THE CASE**:

The representation of the Chapter 7 Trustee and of this case was not undesirable. The applicant is honored to represent the Trustee in this case.

**THE LEGAL STANDARD**:

Under the Bankruptcy Code, the applicable legal standard for determining reasonable compensation is set forth in 11 U.S.C. § 330, which states that reasonable compensation shall be based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11 of the United States Code, and reimbursement for actual, necessary expenses incurred. All of these criteria have been addressed in this Fee Application, and Robert A Angueira, P.A. respectfully

requests that it be granted all fees and expenses requested herein based on the nature and results of its representation of Trustee Angueira, the time invested in this case, and the necessity and reasonableness of the fees and expenses incurred during this period.

WHEREFORE, applicant seeks a final award of fees in the amount of **$2,587.00** and costs in the amount of **$147.89** for a grand total of **$2,734.89**, together with any other relief the Court deems appropriate under the facts.

Respectfully submitted this 2 day of December, 2019.

ROBERT A. ANGUEIRA, P.A.
16 SW 1st Avenue
Miami, FL 33130
Tel. (305) 263-3328
e-mail yanay@rabankruptcy.com,

By _____
YANAY GALBAN
Florida Bar No. 0105146

## EXHIBIT 1
### SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME

| Name of Professional | Total Fees | Total Hours | Hourly Rate |
|---|---|---|---|
| Yanay Galban, Esq. | $2,066.00 | 7.2 | $290.00 |
| Richard Auais | $ 521.00 | 3.0 | $175.00 |
| **BLENDED HOURLY RATE:** | | | $253.62 |
| TOTALS | $2,587.00 | 10.2 | |

9

EXHIBIT 1

## EXHIBIT 1-B

## Summary of Professional and Paraprofessional Time
## By Activity Code Category

### ACTIVITY CODE CATEGORY: FEE/EMPLOYMENT APPLICATIONS

| Name of Professional | Total Fees | Total Hours | Hourly Rate |
|---|---|---|---|
| Yanay Galban, Esq. | $290.00 | 1.0 | $290.00 |
| Richard Auais | $175.00 | 1.0 | $175.00 |
| TOTALS | $465.00 | 2.0 | |

### ACTIVITY CODE CATEGORY: LITIGATION

| Name of Professional | Total Fees | Total Hours | Hourly Rate |
|---|---|---|---|
| Yanay Galban, Esq. | $1,776.00 | 6.2 | $290.00 |
| Richard Auais | $ 346.00 | 2.0 | $175.00 |
| TOTALS | $2,122.00 | 8.2 | |

**$2,587.00         10.2**

## EXHIBIT 2

Summary of Requested Reimbursement of Expenses

| 1. | Filing Fees | $0.00 |
|---|---|---|
| 2. | Process Service Fees | $0.00 |
| 3. | Witness Fees | $0.00 |
| 4. | Court Reporter Fees and Transcripts | $95.00 |
| 5. | Certification of pleading documents | $0.00 |
| 6. | Photocopies 221 @ $.15 | $33.15 |
| 7. | Postage | $19.74 |
| 8. | Overnight Delivery Charges | $0.00 |
| 9. | Outside Courier/Messenger Services | $0.00 |
| 10. | Long Distance Calls | $0.00 |
| 11. | Facsimile Transmissions | $0.00 |
| 12. | Computerized Legal Research | $0.00 |
| 13. | Out of District Travel | $0.00 |
| 14. | Other Permissible Expenses | $0.00 |
|  | **TOTAL EXPENSE REIMBURSEMENT** | $147.89 |

11

EXHIBIT 2

Blumberg No. 5118

# Robert A. Angueira, Esq., CPA

Attorney at Law
Admitted in Florida and New York

Toll Free: 866.951.2525
robert@rabankruptcy.com

6495 S.W. 24th Street
Miami, FL 33155
Tel: 305.263.3328
Fax: 305.263.6335

November 27, 2019

Robert Angueira Trustee
6495 S.W. 24th Street
Miami, FL 33155

Project Billing Summary

|  | Fees | Costs | Balance |
|---|---|---|---|
| In Reference To: Luis A Morales - Case No. 18-17531-RAM | | | |
| Robert Angueira.17531 Case Adm | $0.00 | $147.89 | $147.89 |
| In Reference To: Luis A Morales - Case No. 18-17531-RAM | | | |
| Robert Angueira.17531 Fee/Emp | $465.00 | $0.00 | $465.00 |
| In Reference To: Luis A Morales - Case No. 18-17531-RAM | | | |
| Robert Angueira.17531 Lit | $2,122.00 | $0.00 | $2,122.00 |
| GRAND TOTAL | $2,587.00 | $147.89 | $2,734.89 |



EXHIBIT 3
Blumberg No. 5118

# Robert A. Angueira, Esq., CPA

Attorney at Law
Admitted in Florida and New York

Toll Free: 866.951.2525
robert@rabankruptcy.com

6495 S.W. 24th Street
Miami, FL 33155
Tel: 305.263.3328
Fax: 305.263.6335

November 27, 2019

Robert Angueira Trustee
6495 S.W. 24th Street
Miami, FL 33155

In Reference To:   Luis A Morales - Case No. 18-17531-RAM

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 8/31/2018 | Postage - 08/01/2018 - 08/31/2018 | 2.77 |
|  | Copying cost - 08/01/2018 - 08/31/2018 - 12 @ $0.15 | 1.80 |
| 10/31/2018 | Postage - 10/01/2018 - 10/31/2018 | 1.83 |
|  | Copying cost - 10/01/2018 - 10/31/2018 - 20 @ $0.15 | 3.00 |
| 11/2/2018 | Attendance of Court Reporter for Rule 2004 Examination of the Debtor | 95.00 |
| 11/30/2018 | Copying cost - 11/01/2018 - 11/30/2018 - 144 @ $0.15 | 21.60 |
|  | Postage - 11/01/2018 - 11/30/2018 | 11.75 |
| 12/31/2018 | Copying cost - 12/01/2018 - 12/31/2018 - 3 @ $0.15 | 0.45 |
|  | Postage - 12/01/2018 - 12/31/2018 | 1.41 |
| 1/31/2019 | Copying cost - 01/01/2019 - 01/31/2019 - 2 @ $0.15 | 0.30 |
|  | Postage - 01/01/2019 - 01/31/2019 | 0.47 |
| 11/27/2019 | Postage - Final Fee Application | 1.51 |
|  | Copying cost - Final Fee Application - 40 @ $0.15 | 6.00 |
|  | Total costs | $147.89 |

Robert Angueira Trustee

Luis A Morales - Case No. 18-17531-RAM

                                                Page    2

|  |  | Amount |
|---|---|---:|
| Balance due |  | $147.89 |

In Reference To:  Luis A Morales - Case No. 18-17531-RAM

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 11/27/2019 | YG | Preparation and review of Final Fee Application | 1.00<br>290.00/hr | 290.00 |
|  | RA | Preparation of Final Fee Application | 1.00<br>175.00/hr | 175.00 |
|  |  | For professional services rendered | 2.00 | $465.00 |
|  |  | Balance due |  | $465.00 |

In Reference To:  Luis A Morales - Case No. 18-17531-RAM

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 8/14/2018 | RA | Preparation of Certificate of Service of Agreed Order Granting Trustee's Ex Parte Motion to Extend the Deadlines for Filing Objections to Claimed Exemptions and Objecting to Discharge | 0.40<br>170.00/hr | 68.00 |
| 8/22/2018 | YG | Preparation and review of Subpoena for Rule 2004 Examination and Notice of Rule 2004 Examination Duces Tecum. | 1.10<br>270.00/hr | 297.00 |
| 10/8/2018 | RA | Preparation of Certificate of Service of Agreed Order Granting Trustee's Ex Parte Motion to Extend the Deadlines for Filing Objections to Claimed Exemptions and Objecting to Discharge | 0.40<br>170.00/hr | 68.00 |

Robert Angueira Trustee

Luis A Morales - Case No. 18-17531-RAM

Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2018 | YG | Preparation and review in advance of the Rule 2004 Examination of the Debtor , including the following:  Listened to 341 Meeting recording, Review of petition, schedules,  & SOFA (0.2).  Review of all documents produced by Debtor prior to the Rule 2004 Examination (0.4). Conducted asset research in preparation for the Examination (0.5). Prepared summary of assets chart which shows the Trustees estimated value of the property of the estate, less the Debtor's available exemptions, and which functions as a deposition outline and preparation for the 2004 Examination (0.2). | 1.30<br>290.00/hr | 377.00 |
| 11/2/2018 | YG | Conducted Rule 2004  Examination of the Debtor. Settlement discussions with Debtor and Debtor's counsel. | 1.50<br>290.00/hr | 435.00 |
|  | YG | Reviewed email from Debtor's counsel regarding settlement offer and responded to same | 0.20<br>290.00/hr | 58.00 |
| 11/5/2018 | YG | Email correspondence with Debtor's counsel regarding settlement terms | 0.20<br>290.00/hr | 58.00 |
| 11/12/2018 | YG | Preparation and review of Stipulation to Compromise Controversy, Motion to Approve Stipulation to Compromise Controversy, and related Order.  This settlement will bring $10,200.00 into the estate without the need of further litigation | 1.80<br>290.00/hr | 522.00 |
| 11/19/2018 | YG | Reviewed email from Debtor's counsel regarding stipulation and responded to same | 0.10<br>290.00/hr | 29.00 |
| 12/6/2018 | RA | Preparation of Certificate of Service of Agreed Order Granting Trustee's Ex Parte Motion to Extend the Deadlines for Filing Objections to Claimed Exemptions and Objecting to Discharge | 0.40<br>175.00/hr | 70.00 |
| 12/28/2018 | RA | Preparation of Certificate of Service of Order Granting Trustee's Motion to Approve Stipulation to Compromise Controversy | 0.40<br>175.00/hr | 70.00 |
| 1/18/2019 | RA | Preparation of Certificate of Service  of Order Sustaining Objection to Claims | 0.40<br>175.00/hr | 70.00 |
|  |  | For professional services rendered | 8.20 | $2,122.00 |
|  |  | Balance due |  | $2,122.00 |

## CERTIFICATION

1. I am the professional with responsibility in this case for compliance with the current "Guidelines On Fee Applications for Professionals in the Southern District of Florida" (the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the Application.

3. The fees and expenses sought are billed at rates and in accordance with the practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extend that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6. There are no variances in the Application with the provisions of the Guidelines.

_____
YANAY GALBAN
Florida Bar No. 0105146

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 2 day of December, 2019, to the Debtor.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 2 day of December, 2019, to:

- Robert A Angueira    trustee@rabankruptcy.com, fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabankruptcy.com;lillian@rabankruptcy.com
- Ricardo Corona    bk@coronapa.com, rcorona@coronapa.com
- Yanay Galban    yanay@rabankruptcy.com, robert@rabankruptcy.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

ROBERT A. ANGUEIRA, P.A.
16 SW 1st Avenue
Miami, FL 33130
Tel. (305) 263-3328
e-mail yanay@rabankruptcy.com,

By _____
YANAY GALBAN
Florida Bar No. 0105146

8